# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-00261-BES-GWF |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBERTO CHARLES YSASSI, | ) | |
| Defendant. | ) | |

Currently before this Court is Defendant's Motion for Judgment of Acquittal (#92), which was filed on July 11, 2006.[1] The Government filed a Response (#93) on July 18, 2006. Defendant did not file a Reply.

Rule 29(c) of the Federal Rules of Criminal Procedure requires the Court to set aside a jury verdict and enter a judgment of acquittal if, after viewing the evidence in the light most favorable to the prosecution, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt. See e.g., United States v. Yossunthorn, 167 F.3d 1267, 1270 (9th Cir. 1999) (quoting Jackson v. Virginia, 443 U.S. 307, 319 (1979)).

///

///

---

[1] Defendant filed a Motion for Extension of Time (#89), requesting that he have until July 20, 2006 to file his Motion for Acquittal. The Court hereby grants Defendant's Motion for Extension of Time (#89), thereby making his Motion for Acquittal (#92) timely.

1

1  Applying this standard, the Court finds that a rational trier of fact could have found the
2 essential elements of escape beyond a reasonable doubt in this case. Accordingly,
3  IT IS HEREBY ORDERED that Defendant's Motion for Judgment of Acquittal (#92) is
4 denied.

DATED: This 28th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE